

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF NEW YORK

DOCUMENT REJECTION ORDER

```
DISTRICT COURT      OF N.Y.
     FILED
   NOV 29 2005
AT ____ O'CLOCK
Lawrence K. Baerman, Clerk - acuse
```

Re:   USA                              vs.   Jerrawan Thomas

Case Number: 5:05-cr-322 (NAM)

Papers Rejected:

"Demand Notice," to the Court from Defendant Jerrwan Thomas.

**ORDERED** that the enclosed paper(s) in the above-entitled action have been rejected and returned herewith by the Court, for the following reason(s) checked below. Please read this list carefully to correct the mistakes in your papers. After you correct your papers, you may return them to the Clerk's Office for processing TOGETHER WITH THIS Rejection Order.

1. [ ] The Clerk's Office is unable to determine in which of your cases to file this document. Please indicate the correct case number on the document and resubmit.

2. [ ] Discovery materials are not filed with the clerk unless specifically directed by the court, or when submitted in support of motion filed pursuant to Rule 37 of the Federal Rules of Civil Procedure. See Local Rule 26.2.

3. [X] Papers cannot be filed without some indication that they have been served on your opponent(s) or their attorney(s). See Local Rule 5.1(a). The Clerk's Office will not forward copies of your papers to opposing counsel.

4. [ ] Only original documents will be accepted by the Court for filing.

5. [ ] Original documents cannot be written in pencil. See Local Rule 10.1.

6. [ ] The clerk has been directed to return this document without filing by Order of the court.

7. [ ] An unsigned copy of the proposed amended pleadings must be attached to a motion brought under Rules 14, 15 and 19-22 of the Federal Rules of Civil Procedure. See Local Rule 7.1 (a)(4).

8. [X] Other: (1)The Court's docket indicates that you currently are represented by counsel. All submissions to the Court for filing must be submitted by your attorney of record.

SO ORDERED,

_____
U.S. District Judge Norman A. Mordue

Dated: November 29, 2005

Note: A copy of this Order has been served upon the parties to this action.

Revised: 4/26/01

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

DEMAND NOTICE –

RE: UNITED STATES OF AMERICA v. Jerrawn Lamarr Thomas
CASE NUMBER 05-CR-322 (NAM)



NOTICE TO:                                COPIES TO:

Clerk of Court                            Judge Norman A. Mordue
United States District Court              U.S. Attoreny Glenn T. Suddaby
100 South Clinton Street                  Asst. U.S. Atty. John M. Katko
Syracuse, New York 13261-7198             Council of Record
                                          Craig Schlanser

1. I, Jerrawn Lamarr Thomas Demand a copy of the grand jury list of jurors.

2. I, Jerrawn Lamarr Thomas Demand a copy of the petit jury list of jurors.

3. I, Jerrawn Lamarr Thomas Declare that it is my right according to the 6th Amendment to make this demand.

Signed this 8th day of November 2005

_____
All Rights Reserved in Propria Persona