UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

v.                                                5:05-CR-322-006
                                                      (NAM)

JERRAWN LAMARR THOMAS,

                              Defendant.
_____

**ORDER**

On December 7, 2005, the Court received a motion from Defendant Jerrawn Lamarr Thomas entitled "Motion to Provide for Inspection of Jury List in Support of a Future Motion to Dismiss Grand Jury Indictment Pursuant to Title 28 U.S.C. § 1867 (a) and (f)." There is no indication in the motion papers, or elsewhere in the record, that Craig Schlanger, Esq., who was assigned as defense counsel, is no longer representing defendant. Defendant is advised that all submissions must be filed by defense counsel. Accordingly, the Court hereby rejects defendant's motion.

IT IS SO ORDERED.

Norman A. Mordue
U.S. District Judge